UNITED STATES DISTRICT COURT
EASTERN DISTRICT SOUTHERN DIVISION

Donald Ambrose and
Charles Ambrose,

      Plaintiff,

v.

ORCHARD LAKE SCHOOLS,
a Michigan nonprofit corporation,
REVEREND MIROSLAW KROL,
an individual, MARCUS SHEENA,
an individual, BOB PYLES, an individual,
RICH RYCHCIK, an individual,
and TODD COVERT, an individual,

      Defendants.

Case No. 21-10204
Hon. Stephanie Dawkins Davis

---

PITT, MCGEHEE, PALMER BONANNI
& RIVERS PC
Robert W. Palmer (P31704)
Channing Robinson-Holmes (P81698)
Attorneys for Plaintiff
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Tel: (248) 398-9800
rpalmer@pittlawpc.com
crobinson@pittlawpc.com

---

### ***CORRECTED* NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiffs by and through their attorneys, PITT MCGEHEE PALMER BONANNI & RIVERS, P.C., hereby voluntarily dismiss the above-titled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

        Respectfully submitted,

        Pitt McGehee Palmer Bonanni & Rivers PC

        By*: /s/ Channing Robinson-Holmes*
        Channing Robinson-Holmes (P81698)
        Attorney for Plaintiff
        117 W. Fourth Street, Suite 200
        Royal Oak, MI  48067
        (248) 398-9800
Dated: April 8, 2021        crobinson@pittlawpc.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above cause was served via the ECF filing system on April 8, 2021.

Signature: /s/ Carrie Bechill

117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
cbechill@pittlawpc.com